**Order filed February 10, 2023**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-23-00090-CV**
_____

**PEARLAND URBAN AIR, LLC, Appellant**

**V.**

**ABIGAIL DALILA CERNA A/N/F OF R.W., Appellee**

---

**On Appeal from the 11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-33992**

---

## ORDER

This is an interlocutory appeal from an order denying appellant's motion to compel arbitration signed January 24, 2023. *See* Tex. Civ. Prac. & Rem. Code §§ 51.016, 171.098. On February 10, 2023, appellant filed a motion to stay trial court proceedings pending resolution of this appeal. *See* Tex. R. App. P. 29.3

We **GRANT** appellant's motion stay and **ORDER** all proceedings in the trial court the trial **STAYED** until 10 days after a final decision by this court in this interlocutory appeal, or until further order of this court.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Poissant.